

faegredrinker.com

**Clay J. Pierce**
Partner
clay.pierce@faegredrinker.com
+1 212 248 3186 direct

Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

November 11, 2021

**Via ECF**

The Honorable Elizabeth S. Stong
U.S. Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza, Suite 1595
Brooklyn, New York 11201-1800

Re: ***Tashanna B. Golden v. Discover Bank,***
***Adv. Pro. No. 1-20-1051 (ESS)***

Dear Judge Stong:

On behalf of Plaintiff and Defendant in the above-referenced action, and as promised in the September 8, 2021 letter to the Court from Plaintiff's counsel, we write to provide Your Honor with a status update regarding this matter.

As previously advised, *see, e.g.*, Dkt. No. 72, the parties are exploring a potential non-judicial resolution of the matter. Towards that end, Discover Bank has been working to compile materials for Plaintiff to facilitate settlement discussions. This process has been delayed, however, by Discover Bank's need to obtain certain of the relevant documents from a third party.

In light of the continuing discussions between the parties, we respectfully request that the Court continue the pretrial conference scheduled for November 18, 2021 at 2:00pm Eastern to the next pretrial conference date set in *Tashanna B. Golden f/k/a Tashanna B. Pearson v. National Collegiate Student Loan Trust 2006-4 et al.*, No. 17-1005-ess (Bankr. E.D.N.Y.) or to any subsequent date that is convenient for the Court.

Respectfully submitted,

*/s/ Clay J. Pierce*

Clay J. Pierce

cc: Counsel of record (via ECF)