IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Golden*,<br><br>Debtor. | Chapter 7<br><br>Case No. 16–40809 (ESS) |
| Tashanna B. Golden,<br>fka Tashanna B. Pearson on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Discover Bank,<br><br>Defendant. | Adv. Pro. No. 1–20–01051–ess |

**STIPULATION TO DISMISS ADVERSARY PROCEEDING**

Plaintiff Tashanna B. Golden and Defendant Discover Bank, by their undersigned counsel, hereby stipulate to the dismissal of the above-captioned adversary proceeding without prejudice, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a). The parties shall bear their own costs and fees.

[*Signatures follow*]

Date: April 7, 2022
New York, New York

Respectfully Submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Clay J. Pierce*
Clay J. Pierce
Brian P. Morgan

1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Phone: 212.248.3140
Fax: 212.248.3141
Email: clay.pierce@faegredrinker.com
brian.morgan@faegredrinker.com

—and—

Mark D. Taticchi
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Phone: 215.988.2700
Fax: 215.988.2757
Email: mark.taticchi@faegredrinker.com

—and—

Erin L. Hoffman (*pro hac vice* pending)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Phone: 612.766.7000
Fax: 612.766.1600
Email: erin.hoffman@faegredrinker.com

—and—

Kyle R. Hosmer (*pro hac vice* pending)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Phone: 303.607.3500
Fax: 303.607.3600
Email: kyle.hosmer@faegredrinker.com

*Counsel for Appellant-Defendant Discover Bank*

Date: April 7, 2022
New York, New York

Respectfully Submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/ George F. Carpinello*
George F. Carpinello
Adam R. Shaw

30 South Pearl St., 11th Floor
Albany, New York 12207
518.434.0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com

—and—

**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
Lynn E. Swanson (*pro hac vice* pending)
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

—and—

**FISHMAN HAYGOOD LLP**
Jason W. Burge (*pro hac vice* pending)
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170

—and—

**LAW OFFICES OF JOSHUA B. KONS, LLC**
Joshua B. Kons
50 Albany Turnpike, Suite 4024
Canton, Connecticut 06019

*Counsel for Appellee-Plaintiff Tashanna B. Golden*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2022, I caused filing of the foregoing ***Stipulation to Dismiss Adversary Proceeding*** with the Clerk of the District Court using the CM/ECF filing system, which will send notice to all counsel of record, including those listed below.

| | |
|---|---|
| Adam R. Shaw<br>George F. Carpinello<br>BOIES SCHILLER FLEXNER LLP<br>30 South Pearl St., 11th Floor<br>Albany, New York 12207<br>518.434.0600<br>ashaw@bsfllp.com<br>gcarpinello@bsfllp.com<br><br>*Counsel for Tashanna B. Golden* | Lynn E. Swanson<br>Peter Freiberg<br>JONES, SWANSON, HUDDELL &<br>GARRISON, L.L.C.<br>601 Poydras Street, Suite 2655<br>New Orleans, Louisiana<br>lswanson@jonesswanson.com<br>pfreiberg@jonesswanson.com<br><br>*Counsel for Tashanna B. Golden*<br><br>Jason W. Burge<br>FISHMAN HAYGOOD, L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>jburge@fishmanhaygood.com<br><br>*Counsel for Tashanna B. Golden*<br><br>Joshua B. Kons<br>LAW OFFICES OF JOSHUA B. KONS,<br>LLC<br>50 Albany Turnpike, Suite 4024<br>Canton, Connecticut 06019<br>860.920.5181<br>joshuakons@konslaw.com<br><br>*Counsel for Tashanna B. Golden* |

*/s/ Clay J. Pierce*